UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT DIAZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARDAGH METAL BEVERAGE USA INC.,<br><br>　　　　Defendant. | No. 2:22-cv-00100-DAD-KJN<br><br>ORDER REMANDING ACTION TO THE SOLANO COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. No. 12) |

　　　　On March 8, 2023, the parties stipulated to remand of this action to the Solano County Superior Court, where this action was originally filed. (Doc. No. 12.) Accordingly, and pursuant to the parties' stipulation, this action is remanded to the Solano County Superior Court. The Clerk of the Court is directed to close this case.

　　　　IT IS SO ORDERED.

Dated: __**March 9, 2023**__　　　　　　　　　　_Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1